No. 69073.—Naumes Forwarding Service v. United States, protest 61/4521–11809 (Chicago).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of Marshall Field & Co. v. United States (45 CCPA 72, C.A.D. 676), the claim of the plaintiff was sustained.

## 322

(NOTE: The following order was decided before a special Third Division, consisting of DONLON, RICHARDSON, and NICHOLS, Judges.)